HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NATHANIEL WELLS,<br><br>  Defendant. | Cause No. CR16-07 RSM<br><br>**ORDER ON MOTION TO EXTEND TIME** |

This matter having come before the Court on the Defendant's Motion to extend the time for filing a response to the Government's Motion to Affirm the Finding that there were Ten or More Victims, and it appearing that Defense Counsel is presently out of the country on vacation until August 24, 2019 and will not be able to prepare a response until he returns,

NOW THEREFORE it is ordered that the time for filing the Defendant's Response to the Government's Motion to Affirm the finding is extended to September 3, 2019.

//

//

//

//

ORDER ON MOTION TO EXTEND
TIME- 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 13th day of August, 2019

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818